Form 148 − ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 15−31543−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.
Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Tamara J. Washington
30 Collins Avenue
Pleasantville, NJ 08232

Social Security No.:
xxx−xx−1213

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER DISMISSING CASE**

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/18/16.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: November 18, 2016
JJW: cmf

James J. Waldron
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Tamara J. Washington
Debtor

Case No. 15-31543-JNP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 2    Date Rcvd: Nov 18, 2016
Form ID: 148    Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2016.

db +Tamara J. Washington, 30 Collins Avenue, Pleasantville, NJ 08232-2106
aty +Kristina Gandolfo Murtha, Kivitz McKeever Lee, P.C., 701 Market St, Suite 5000, Philadelphia, PA 19106-1541
515853001 Anchor Auto Sales, C/O Hoffman Law Office, 713 Landis Avenue, PO Box 1106, Vineland, NJ 08362-1106
515853003 +Atlantic County Improvement Authority, 5909 Main Street, 2nd Floor, Mays Landing, NJ 08330-1701
515853004 Cenlar FSB, 425 Phillips Boulevard, Trenton, NJ 08618-1430
515853005 +Clerk, Small Claims, SC-000665-15, 1201 Bacharach Boulevard, Atlantic City, NJ 08401-4510
515853007 +Clerk, Special Civil Part, DC-000982-12, 1201 Bacharach Boulevard, Atlantic City, NJ 08401-4510
515853006 +Clerk, Special Civil Part, DC-012329-10, 1201 Bacharach Boulevard, Atlantic City, NJ 08401-4510
515853008 +Convergent Healthcare Recoveries, 121 NE Jefferson Street, Suite 100, Peoria, IL 61602-1229
515853009 +GEICO, Legal Department, One Geico Plaza, Washington, DC 20076-0003
515853010 John Kennedy Law Offices, 371 Hoes Lane, Suite 105, Piscataway, NJ 08854-4143
515853011 +Kristina G. Murtha, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541
515853017 NJ Division Of Child Protection & Perman, Department of Children and Families, Post Office Box 729, Trenton, NJ 08625-0729
515853018 NJ Office Of The Public Defender, Hughes Justice Complex, 25 Market Street, PO Box 850, Trenton, NJ 08625-0850
515853012 New Century Financial Services, C/O Pressler And Pressler, 7 Entin Road, Parsippany, NJ 07054-5020
515853013 New Jersey Attorney General Office, Division Of Law - Hughes Justice Complex, 25 Market Street, PO Box 112, Trenton, NJ 08625-0112
515853014 New Jersey Dept. Of Community Affairs, Lead Hazard Control Assistance Program, 101 South Broad Street, PO Box 811, Trenton, NJ 08625-0811
516101190 +New Jersey Housing & Mortgage Finance Agency, Cenlar FSB, 425 Phillips BLVD, Ewing, NJ 08618-1430
515853015 +New Jersey Housing And Mortgage Finance, Agency, 637 S. Clinton Avenue, Trenton, NJ 08611-1811
515853016 +New Jersey Motor Vehicle Commission, Administrative Unit, 225 East State Street, Trenton, NJ 08666-0001
515853019 +PC 5, LLC, C/O US Bank Custodian For PC5, 50 S. 16th Street, Suite 250, Philadelphia, PA 19102-2516
515853020 +Philadelphia Parking Bureau, C/O Xerox State And Local, PO Box 41819, Philadelphia, PA 19101-1819
515853021 +Pro Capital I, LLC, C/O US Bank, Custodian, 50 S. 16th Street, Suite 250, Philadelphia, PA 19102-2526
515853022 +South Jersey Gas, Attn: Ms. Flemming, PO Box 577, Hammonton, NJ 08037-0577
515853023 +Sullivan Motors, Post Office Box 573, Woodbine, NJ 08270-0573
515853025 +Victoria Crossing, C/O Eric Kershenblatt, Esquire, 48 S. New York Road, Suite B5, Galloway Township, NJ 08205-9676
515853026 +William E. Brewer, Esquire, 1217 Shore Road, PO Box 1001, Marmora, NJ 08223-5001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

smg E-mail/Text: usanj.njbankr@usdoj.gov Nov 19 2016 02:27:08 U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534
smg +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 19 2016 02:27:04 United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235
515853000 +E-mail/Text: mary.stewart@abcofcu.org Nov 19 2016 02:27:46 ABCO Federal Credit Union, PO Box 247, Rancocas, NJ 08073-0247
515873341 EDI: AIS.COM Nov 19 2016 02:08:00 American InfoSource LP as agent for, T Mobile/T-Mobile USA Inc, PO Box 248848, Oklahoma City, OK 73124-8848
515853002 +E-mail/Text: bankruptcy@pepcoholdings.com Nov 19 2016 02:26:46 Atlantic City Electric, Attn: Bankruptcy Department, 5 Collins Drive, Suite 2133, Carneys Point, NJ 08069-3600
515905418 E-mail/Text: bankruptcy@pepcoholdings.com Nov 19 2016 02:26:46 Atlantic City Electric Company, Pepco Holdings, Inc., Bankruptcy Division, Mail Stop 84CP42, 5 Collings Drive, Suite 2133, Carneys Point, NJ 08069-3600
515892852 +E-mail/Text: equiles@philapark.org Nov 19 2016 02:27:49 Philadelphia Parking Authority, 701 Market St., Ste. 5400, Philadelphia, PA 19106-2895
515853024 EDI: VERIZONCOMB.COM Nov 19 2016 02:08:00 Verizon, Bankruptcy Department, Post Office Box 25087, Wilmington, DE 19899-5087

TOTAL: 8

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

District/off: 0312-1 User: admin Page 2 of 2 Date Rcvd: Nov 18, 2016
Form ID: 148 Total Noticed: 35

cr* +ABCO Federal Credit Union, PO Box 247, Rancocas, NJ 08073-0247
lm* +New Jersey Housing And Mortgage Finance Agency, 637 S. Clinton Avenue, Trenton, NJ 08611-1811

TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2016 Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2016 at the address(es) listed below:

Denise E. Carlon on behalf of Creditor New Jersey Housing & Mortgage Finance Agency dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
Isabel C. Balboa on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
Joshua I. Goldman on behalf of Creditor New Jersey Housing & Mortgage Finance Agency jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
Robert A. Loefflad on behalf of Debtor Tamara J. Washington rloefflad@ffhlaw.com, ghuie@ffhlaw.com
Robert J. Malloy on behalf of Plaintiff ABCO Federal Credit Union ecf.rjmalloylaw@gmail.com
Robert J. Malloy on behalf of Creditor ABCO Federal Credit Union ecf.rjmalloylaw@gmail.com

TOTAL: 7