| UNITED STATES BANKRUPTCY COURT |
| --- |
| District of New Jersey |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| Isabel C. Balboa, Esq. |
| Chapter 13 Standing Trustee |
| Cherry Tree Corporate Center |
| 535 Route 38, Suite 580 |
| Cherry Hill, NJ 08002-2977 |
| (856) 663-5002 |

Order Filed on November 18, 2016 by Clerk U.S. Bankruptcy Court District of New Jersey

In re:

TAMARA J. WASHINGTON

Case No.: 15-31543-JNP

Hearing Date: February 10, 2016

Judge:  Jerrold N. Poslusny Jr.

Chapter: 13

## ORDER OF DISMISSAL

The relief set forth on the following pages numbered two (2) through two (2) is **ORDERED**.

**DATED: November 18, 2016**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

THIS MATTER having come before the court for a hearing on confirmation of the debtor(s) Chapter 13 Plan or Modified Chapter 13 Plan and for good cause shown it is

**ORDERED** that the the above captioned case is hereby dismissed for the following reason(s):

- failure to make all required pre-confirmation payments to the Trustee
- failure to attend Confirmation Hearing

**IT IS FURTHER ORDERED** that pursuant to 11 U.S.C. §349(b) this Court, for cause, retains jurisdiction over any additional application filed within 30 days by any administrative claimant for funds on hand with the Chapter 13 Trustee.

**IT IS FURTHER ORDERED** that any Order to Employer to Pay to the Chapter 13 Trustee (wage order) that has been entered in this case is hereby terminated. The employer is authorized to cease wage withholding immediately. The debtor or debtor(s) counsel is hereby authorized to serve this Order upon the appropriate parties.

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 15-31543-JNP
Tamara J. Washington                                                   Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Nov 18, 2016
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2016.
db          +Tamara J. Washington,   30 Collins Avenue,   Pleasantville, NJ 08232-2106

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2016 at the address(es) listed below:
    Denise E. Carlon    on behalf of Creditor    New Jersey Housing & Mortgage Finance Agency dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
    Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
    Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
    Joshua I. Goldman    on behalf of Creditor    New Jersey Housing & Mortgage Finance Agency jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
    Robert A. Loefflad    on behalf of Debtor Tamara J. Washington rloefflad@ffhlaw.com, ghuie@ffhlaw.com
    Robert J. Malloy    on behalf of Plaintiff    ABCO Federal Credit Union ecf.rjmalloylaw@gmail.com
    Robert J. Malloy    on behalf of Creditor    ABCO Federal Credit Union ecf.rjmalloylaw@gmail.com
                                                                                                                                                  TOTAL: 7